FILED
2009 Aug-21  AM 11:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **JAMES W. WILEY,** | ] |
| **Plaintiff,** | ] |
| v. | ] **CV-09-BE-485-M** |
| **BENEFICIAL CORPORATION, et al.,** | ] |
| **Defendants.** | ] |

## ORDER STAYING CASE

This case comes before the court on notice that the Plaintiff's attorney, K. Anderson Nelms, has been suspended from the practice of law. Because he is not a member in good standing of the Alabama Bar and not currently admitted to practice law before this court, the court TERMINATES K. Anderson Nelms as counsel of record in this case.

The court also STAYS the case until **Monday, September 21, 2009,** so that the Plaintiff, James Wiley, can obtain new counsel. The court ORDERS Plaintiff Wiley to file a status report on **Monday, September 21, 2009,** detailing what efforts he has made to obtain a new attorney if new counsel has not appeared by that time. If Plaintiff Wiley has not obtained a new attorney by September 21, 2009, he will be required to proceed *pro se*, that is, on his own behalf.

The court directs the clerk to serve a copy of this order upon Plaintiff James Wiley, *pro se*, at the following address: 110 Akron Lane, Pell City, Alabama, 35125.

DATED this 20th day of August, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE