IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**JAMES W. WILEY,**
  **Plaintiff,**

v.                CV 09-BE-485-M

**BENEFICIAL CORPORATION; et al,**
  **Defendants.**

## FINAL ORDER

  This case is before the court on Plaintiff's letter with attachments to the court asking the court to dismiss the case.  The court deems this letter as a motion to dismiss, directs the clerk to file the letter and its attachments, and DISMISSES this case with prejudice, costs taxed as paid. The clerk is further directed to mail a copy of this order to Plaintiff Wiley.

  DONE and ORDERED this 31st day of August 2009.

                  _____
                  KARON OWEN BOWDRE
                  UNITED STATES DISTRICT JUDGE